**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

SkyRiver Technology Solutions LLC, et al.,

        Plaintiff(s),

vs.

OCLC Online Computer Library Center, Inc.,

        Defendant(s).

Case No. 2:10-cv-1017
Southern District of Ohio
at Columbus

Case No. 3:10-cv-3305
Northern District of California
at San Francisco

## NOTICE OF DOCKETING

PLEASE TAKE NOTICE that the above-captioned case has been:

  ✓  transferred to this District                  _____ removed to this District

at Columbus, has been received and has been docketed on this date.

All further pleadings and correspondence should contain only the case number assigned to the case in this District, as shown above and should be filed in the Columbus office.

If appropriate, your attention is directed to the text of Southern District of Ohio Rule 83.5 regarding designation of Trial Attorneys and the signing of pleadings.

                                          **JAMES BONINI, CLERK**

                                          **BY:**   **/s/ Kristen Keppler**
                                                   **Kristen Keppler, Deputy Clerk**

**Date: November 12, 2010**

| Copies to: | Arthur Joel Shartsis, Esq. | Simone Marie Katz-O'Neill, Esq. |
|---|---|---|
| | Mary Jo C. Shartis, Esq. | Carl Brandon Wisoff, Esq. |
| | Robert E. Schaberg, Esq. | James Allison Wilson, Jr. |

Form NDKT01 Rev. 04/07/2004