IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SKYRIVER TECHNOLOGY SOLUTIONS, LLC, et al., | : : : | |
| Plaintiffs, | : : | Case No. 2:10-cv-1017 |
| vs. | : : | Judge Watson |
| OCLC ONLINE COMPUTER LIBRARY CENTER, INC., | : : : | Magistrate Judge Kemp |
| Defendant. | : : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, OCLC Online Computer Library Center, Inc., respectfully requests an extension of time up to and including December 13, 2010, to answer or otherwise plead in response to Plaintiffs' Complaint filed herein, and for an extension of Plaintiffs' date to file its memorandum in opposition to the Motion to Dismiss OCLC anticipates filing to January 14, 2011.  Counsel for Plaintiffs have indicated that they do not oppose this Motion.  A memorandum in support is attached hereto.

                              Respectfully submitted,

                              /s/ James A. Wilson
                              James A. Wilson (0030704), Trial Counsel
                              VORYS, SATER, SEYMOUR AND PEASE LLP
                              52 East Gay Street
                              P.O. Box 1008
                              Columbus, Ohio  43215
                              Telephone:  (614) 464-5606
                              Facsimile:  (614) 719-4653
                              E-mail:  jawilson@vorys.com
                              Counsel for Defendant OCLC Online Computer Library Center, Inc.


OF COUNSEL:

Douglas R. Matthews (0039431)
Martha C. Brewer (0083788)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone:  (614) 464-6400
Facsimile:  (614) 464-6350
E-mail: drmatthews@vorys.com
       mcbrewer@vorys.com

## **MEMORANDUM IN SUPPORT**

Defendant, OCLC Online Computer Library Center, Inc. ("OCLC"), requests that the Court extend the time for it to answer or otherwise plead to December 13, 2010.  Further, in light of the intervening holidays, and in consideration of the extension of OCLC's time to file a motion to dismiss, OCLC requests that Plaintiffs' date to file its memorandum in opposition to its motion to dismiss be extended to January 14, 2011.  Absent case for any further extension, OCLC's reply memorandum would then be filed within the normal time period provided by the local rules, that is, on January 31, 2011.

Before this case was transferred to this Court from in the Northern District of California, the parties proposed to the court that OCLC's time to answer be extended to 21 days from the determination of OCLC's Motion to Transfer this case to this Court.  The court entered that schedule, and subsequently, on October 28, 2010, transferred the case to this Court.  However, the transfer of this case was not completed until November 12, 2010.  Counsel for OCLC currently has a number of deadlines that require this brief extension, including preparation of a motion to dismiss another antitrust case pending in the District of Idaho, an appeal brief for the Fourth Circuit Court of Appeals, and a special master report for the Eastern District of Michigan.

2

Plaintiffs have indicated that they do not oppose this extension, provided that their time to file a memorandum in opposition be extended in light of the intervening holidays.  Accordingly, OCLC respectfully requests that the Court enter the briefing schedule proposed above.

          Respectfully submitted,

          /s/ James A. Wilson
          James A. Wilson (0030704), Trial Counsel
          VORYS, SATER, SEYMOUR AND PEASE LLP
          52 East Gay Street
          P.O. Box 1008
          Columbus, Ohio  43215
          Telephone:  (614) 464-5606
          Facsimile:  (614) 719-4653
          E-mail:  jawilson@vorys.com
          Counsel for Defendant OCLC Online Computer Library Center, Inc.

OF COUNSEL:

Douglas R. Matthews (0039431)
Martha C. Brewer (0083788)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone:  (614) 464-6400
Facsimile:  (614) 464-6350
E-mail: drmatthews@vorys.com
       mcbrewer@vorys.com

## CERTIFICATE OF SERVICE

The undersigned being counsel for Defendant. certifies that a true copy of the foregoing Defendant's Unopposed Motion for Extension of Time was served, this 22nd day of November, 2010 via either the Court's CM/ECF system in accord with Fed. R. Civ. P. 5(b)(2)(E) or by Regular U.S. mail, upon:

>Arthur Joel Shartsis
>Mary Jo C. Shartsis
>Robert E. Schaberg
>Simone Marie Katz-O'Neill
>Shartsis Friese LLP
>One Maritime Plaza, 18th Floor
>San Francisco, CA 94111

/s/ James A. Wilson
James A. Wilson