IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SKYRIVER TECHNOLOGY SOLUTIONS, LLC, et al., | : : : | |
| Plaintiffs, | : : | Case No. 2:10-cv-1017 |
| vs. | : : | Judge Watson |
| OCLC ONLINE COMPUTER LIBRARY CENTER, INC., | : : : | Magistrate Judge Kemp |
| Defendant. | : : | |

**SCHEDULING ORDER**

For the reasons set forth in Defendant OCLC Online Computer Library Center, Inc.'s Motion for Extension of Time, and for good cause shown, it is hereby ordered that Defendant OCLC Online Computer Library Center, Inc. shall have an extension until December 13, 2010, in which to move or plead in response to the Complaint.  Plaintiffs' Memorandum in Opposition to OCLC's Motion to Dismiss shall be filed by January 14, 2011.  OCLC's Reply Memorandum shall be filed by January 31, 2011.

IT IS SO ORDERED.

/s/ Terence P. Kemp
United States Magistrate Judge