```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

SkyRiver Technology
Solutions, LLC, et al.,

    vs.                                                  **NOTICE**

OCLC Online Computer
Library Center, Inc.,

                                            CASE NUMBER: 2:10-cv-1017
                                            JUDGE WATSON
                                            Magistrate Judge Kemp

[ x ]  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court    **ROOM NUMBER 172**
        85 Marconi Boulevard
        Columbus OH  43215         **JANUARY 4, 2011 @ 4:00 P.M.**

Type of Proceeding:    **PRELIMINARY PRETRIAL CONFERENCE**

**PLEASE NOTE**: The pretrial may be conducted by telephone if any party elects to initiate the conference call.  All parties must consent to the telephone conference, and all must participate by telephone. Personal attendance of any counsel at a telephone pretrial is strongly discouraged.  The Deputy Clerk must be informed prior to the scheduled date and time if the pretrial will be by telephone.

                                        TERENCE P. KEMP
                                        UNITED STATES MAGISTRATE JUDGE

Date: November 24, 2010

                                       */s/ Wanda J. Harrison*
                                       (BY)Wanda Harrison, Deputy Clerk
                                       (614) 719-3023
                                     wanda_harrison@ohsd.uscourts.gov