UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SKYRIVER TECHNOLOGY SOLUTIONS, LLC, et al., | : | Case No. 2:10-CV-1017 |
| | : | |
| Plaintiffs, | : | Judge Watson |
| | : | Magistrate Judge Kemp |
| vs. | : | |
| | : | |
| OCLC ONLINE COMPUTER LIBRARY CENTER, INC., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)**

NOTICE IS HEREBY GIVEN, that, pursuant to Fed. R. Civ. P. 41(A)(1), plaintiff voluntarily dismisses the complaint without prejudice.

March 4, 2013

                                                     Respectfully submitted,

                                                     /s/  Robert M. Kincaid, Jr.
                                                     Robert M. Kincaid, Jr.
                                                     *rkincaid@bakerlaw.com*
                                                     BAKER & HOSTETLER LLP
                                                     Capitol Square, Suite 2100
                                                     65 East State Street
                                                     Columbus, Ohio  43215
                                                     Telephone:  (614) 462-1541
                                                     Facsimile:   (614) 462-2616

                                                     Attorney for SkyRiver Technology
                                                     Solutions, LLC and Innovative
                                                     Interfaces, Inc.

Of Counsel:

Mary Jo Shartsis (CA Bar 55194), Co-Counsel *PHV*
*mshartsis@sflaw.com*
Arthur J. Shartsis (CA Bar 51594), Co-Counsel *PHV*
*ashartsis@sflaw.com*
Robert E. Schaberg (CA Bar 81430), Co-Counsel *PHV*
*rschaberg@sflaw.com*
Richard F. Munzinger (CA Bar 217902), Co-Counsel *PHV*
*rmunzinger@sflaw.com*
**SHARTSIS FRIESE LLP**
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiffs
SkyRiver Technology Solutions, LLC
and Innovative Interfaces, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Martha C. Brewer
    *mcbrewer@vorys.com*
    Douglas R. Matthews
    *dmatthews@vssp.com*
    James A. Wilson, Jr.
    *jawilson@vorys.com*
    VORYS, SATER, SEYMOUR & PEASE LLP
    52 East Gay Street
    Columbus, OH  43215
    Telephone:  (614) 464-6400

                                          */s/ Robert M. Kincaid, jr.*
                                          Attorney for Plaintiffs
                                          SkyRiver Technology Solutions, LLC
                                          and Innovative Interfaces, Inc.